IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01003-RPM

EARL T. VAUGHN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

        Pursuant to the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 [26] filed on November 28, 2007, it is

        ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for his attorney Michael A. Desaulniers in the amount of $5,016.00, made payable to plaintiff and mailed to plaintiff's counsel.

        DATED: November 28th, 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge